**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ROBERT HALL
ADC #90971                                                                                              PLAINTIFF

V.                                              NO: 2:07CV00027 SWW

LARRY NORRIS *et al.*                                                                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.[1]

IT IS THEREFORE ORDERED THAT Defendants' motions for summary judgment (docket entries #33 #48, & #67) are GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 1st day of November, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] In his objections, plaintiff states that the Magistrate Judge referred to a supplemental motion to dismiss that was filed on August 7, 2007, but which he never received. Plaintiff requests that this motion be served upon him and that he be given additional time in which to respond. Plaintiff's motion is denied as the August 7 motion includes a proper certificate of service. Moreover, plaintiff, on September 7, 2007, requested, and this Court granted, 30 additional days in which to file his objections to the Magistrate Judge's recommendation without plaintiff ever mentioning any failure to receive the supplemental motion to dismiss.